IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Stanley Johnson, #277555, ) | |
| ) | Civil Action No. 6:07-1852-TLW-WMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REPORT OF MAGISTRATE JUDGE** |
| ) | |
| Sgt. Grant, Sergeant at Perry ) | |
| Correctional Institution; and NGN ) | |
| Harouff, Sergeant at Perry ) | |
| Correctional Institution, ) | |
| ) | |
| Defendants. ) | |

The plaintiff, a state prisoner proceeding *pro se*, seeks relief pursuant to Title 42, United States Code, Section 1983.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983, and submit findings and recommendations to the District Court.

On November 14, 2007, the plaintiff moved to dismiss Sgt. Harouff as a defendant in this case (doc. no. 35). Subsequently, on November 27, 2007, the plaintiff moved to dismiss the case without prejudice (doc. no. 36). The defendants filed a response on November 29, 2007, stating that they did not object to the motion.

Wherefore, the court finds that the motion filed November 14, 2007 (doc. no. 35) is moot, and recommends that the plaintiff's motion to dismiss (doc. no. 36) be granted and this action be dismissed without prejudice.

s/William M. Catoe
United States Magistrate Judge

November 30, 2007
Greenville, South Carolina